UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 10-CR-20583

v.

HON. GEORGE CARAM STEEH

STEVEN JOHNSON,

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION FOR GOVERNMENT AGENTS
AND LAW ENFORCEMENT OFFICERS TO RETAIN ROUGH NOTES (#23)

On June 30, 2011, the court held a hearing on defendant's motion for government agents and law enforcement officers to retain rough notes. Counsel for the parties appeared at the hearing and represented that they had reached an agreement that officers would retain rough notes. As stated on the record, the court GRANTS defendant's motion for government agents and law enforcement officers to retain rough notes. The court orders that any rough notes existing as of the date of this order be preserved pending the trial of this case.

IT IS SO ORDERED.

Dated: June 30, 2011

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE
Copies of this Order were served upon attorneys of record on
June 30, 2011, by electronic and/or ordinary mail.
s/Marcia Beauchemin
Deputy Clerk