UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 10-CR-20583

                                      HON. GEORGE CARAM STEEH

STEVEN JOHNSON,

        Defendant.
_____/

<u>ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR
SELECTIVE PROSECUTION (#24) AND MOTION FOR DISCOVERY
IN CONNECTION WITH SELECTIVE PROSECUTION MOTION (#25)</u>

On June 30, 2011, the court held a hearing on defendant's motion to dismiss for selective prosecution and motion for discovery in connection with selective prosecution motion. For the reasons set forth in the government's brief and stated on the record, the court DENIES defendant's motions.

IT IS SO ORDERED.

Dated: June 30, 2011

                                            <u>S/George Caram Steeh</u>
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk